**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CHERI CONKLIN<br>v.<br>RT ENGINEERING CORPORATION | CASE NO.  3:17-cv-415-J-39JRK |

<u>Counsel for Plaintiff:</u>
Keith Maynard
Steven Browning

<u>Counsel for Defendant:</u>
Rory Jurman
Jessie Drawas

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton          Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

**PROCEEDINGS OF: Jury Trial**

Preliminary matters heard before the Court.

Defendant's Motion to Strike William Kitzes as a Witness and for Reconsideration of its Motion in Limine as to Guard Sufficiency and Alternate Guarding Options (Doc. 139) is **DENIED.**

<u>Plaintiff's Witnesses:</u> Cheri M. Nuss (Continued), Dr. John B. Stark, William Kitzes

<u>Plaintiff's Exhibits:</u>   17, 40

Plaintiff rests.

<u>Defendant's witnesses</u>: Mike Hermes, William Landry, Raymond Metivier, Video Deposition of Erin Hoffer

Jury recessed and shall report back at 9:00 a.m. on Friday, December 7, 2018.

DATE: December 6, 2018  TIME: 8:35 a.m. - 5:15 p.m.    TOTAL: 7 hours 29 minutes
                      RECESS: 12:11 p.m.-1:22 p.m.