UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:17-cv-415-39JRK

Cheri M. Conklin,
Now known as Cheri Nuss,

    Plaintiff,

vs.

R T Engineering Corporation

    Defendant.
_____/

## VERDICT FORM

WE, THE JURY, return the following verdict:

A.  *Liability*

    **1.**   **Negligent Design or Manufacture**

    Did R T Engineering negligently design or manufacture Big Blue, and, if so, was this a legal cause of loss, injury, or damage to Plaintiff?

        YES _____   NO ____✓_____

*Continue to the next page . . .*

2. **Strict Liability – Design Defect**

   Did R T Engineering defectively design or manufacture Big Blue and, if so, was that defective design or manufacture a legal cause of loss, injury, or damage to Plaintiff?

   YES __✓__   NO _____

*If you answered NO to Questions 1 <u>and</u> 2, then your verdict is for the Defendant and you should not proceed further, except to sign and date this verdict form and return it to the Courtroom. If you answered YES to <u>either</u> Questions 1 or 2, please proceed to Questions 3, 4, and 5.*

B. *Affirmative Defenses*

3. **COMPARATIVE NEGLIGENCE**

   Was there negligence on the part of Cheri Nuss which was a contributing legal cause of her loss, injury, or damages?

   YES __✓__   NO _____

*If you answered YES to Question 3, place the amount of negligence you attribute to Cheri Nuss as a percent in the blank corresponding to 4(c).*

4. **LIABILITY OF OTHER ENTITIES**

   Was there negligence on the part of Carlisle Interconnect Technologies which was a contributing legal cause of Plaintiff's loss, injury, or damages?

   YES __✓__   NO _____

2

*If you answered YES to Question 4, place the amount of responsibility you attribute to Carlisle as a percent in the blank corresponding to 4(b). For any entity to which you attribute no fault, place a "0" in the corresponding blank below.*

a. R T Engineering Corporation          18 %

b. Carlisle Interconnect Technologies    77 %

c. Cheri Nuss                             5 %

**Your answer must total 100%**          total 100 %

5. **DAMAGES**

What are the damages sustained by Cheri Nuss in the following categories?

a. Past Medical Expenses          $ 71,915.53

b. Past Lost Earnings             $ 82,000.00

c. The total amount of Cheri Nuss's past damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life          $ 1,000,000.00

d. Loss of Future Earning Capacity          $ 566,000.00

e. Future Medical Expenses          $ 462,000.00

f. The total amount of Cheri Nuss's future damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life          $ 1,200,000.00

Total Amount of Cheri Nuss's Damages (Add Lines a-f)   Total $ 3,381,915.53

SO SAY WE ALL this 7 day of December, 2018.

_____
FOREPERSON

3